```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

                Plaintiff,

                                          10-CV-576(S)

    v.

ROBERT R. GOODS,

                Defendant.

## **CONSENT JUDGMENT**

Upon the annexed Stipulation of Settlement by and between the parties William J. Hochul Jr., United States Attorney, by Kathleen A. Lynch Assistant United States Attorney, and Joel L. Daniels Esq., Counsel for defendant, Robert R. Goods, it is hereby

ORDERED, ADJUDGED and DECREED, the defendant, Robert G. Goods, pay the United States the civil money penalty of $600,000. Further, the defendant will keep the United States currently informed in writing of any material changes in his financial situation or ability to pay, and of any changes in his employment, place of residence or telephone number. The defendant will provide such information to the United States Attorney, 138 Delaware Avenue, Buffalo, New York, 14202, Attention: Financial Litigation Unit. The defendant will provide the United States with current truthful asset information income and expenditures (including but not limited to his Federal income tax return) within fifteen (15)

days of the date of a request for such evidence by the United States Attorney as long as the judgement remains unpaid.

ORDERED, ADJUDGED and DECREED, execution upon said judgement shall be stayed until three months after the defendant is released from incarceration, in which event the defendant will notify the plaintiff of his residence, employment, financial circumstances and his ability to pay the judgement. At that point, the plaintiff will have the right to execute upon the judgement without notice to the defendant; and it is further

ORDERED, ADJUDGED and DECREED, this judgement and/or a transcript thereof shall be recorded upon execution in the records of the County Clerk's Office in the county of the defendant's residence and any and all other counties in which the defendant has wither real or personal property as a lien thereon should the defendant default as set forth therinabove; and is it further

ORDERED, ADJUDGED and DECREED, that upon payment in full, the plaintiff will file a Satisfaction of Judgment with the District Court and the appropriate Clerk of the county in which any transcript of judgement has been filed; and it is further

ORDERED, ADJUDGED and DECREED, that the judgment be, and the same is entered in accordance with the foregoing.

DATED: Buffalo, New York, January 19, 2011.

                                             s/William M. Skretny
                                             WILLIAM M. SKRETNY
                                                 Chief Judge
                                     UNITED STATES DISTRICT JUDGE

IT IS HEREBY STIPULATED, by and between the parties hereto, Kathleen A. Lynch, Assistant United States Attorney, for the plaintiff, and Joel L. Daniels, Esq., counsel for defendant, Robert R. Goods, that judgement be entered upon the terms and conditions set forth in the Consent Judgement.

DATED: Buffalo, New York, January 11, 2011.

                                 WILLIAM J. HOCHUL, JR.
                                 United States Attorney

DATED: 1/6/2011           S/Kathleen A. Lynch
                         BY: KATHLEEN A. LYNCH
                             Assistant U.S. Attorney
                             U.S. Attorney's Office
                             Western District of New York
                             138 Delaware Avenue
                             Buffalo, New York 14202
                             *Attorney for Plaintiff*

DATED: 1/6/11                           S/Joel L. Daniels
                                        JOEL L. DANIELS, ESQ.
                                        42 Delaware Avenue, Suite 700
                                        Buffalo, New York 14202
                                        *Attorney for Defendant*



DATED: 1/6/11                           S/Robert R. Goods
                                        ROBERT R. GOODS
                                        *Defendant*